**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO**

NOTE: has Statement of Reason if you need it, otherwise delete or I.D. Info.

AMENDED

**UNITED STATES OF AMERICA,**
**v.**

**JUDGMENT**
**INCLUDING SENTENCE UNDER THE**
**SENTENCING REFORM ACT**

 DANIEL GILBERT VALENCIA 

CASE NO:  1:05-MJ-00294 

 Carrie Leonetti, AFD 
(Defendant's Attorney of Record)

**THE DEFENDANT** was found guilty on Count(s)  ONE ,  in the  (✔) Information  ( ) Violation,
after a (✔) plea of guilty ( ) court trial.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| TITLE & SECTION | NATURE OF OFFENSE | COUNTS NUMBER(s) | DATE OF OFFENSE |
|---|---|---|---|
| 18 U.S.C. 1701 | OBSTRUCTION of MAIL (Class B Misdemeanor) | ONE | 03/31/2005 to 05/30/2005 |

The defendant is sentenced as provided in pages 1 through 2 of this Judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    Count(s)  _____ Dismissed on Motion of the Government.

[✔]    The fine imposed by this Judgment is  250.00  , and is payable to the Clerk of the court.  Payments to be directed by the U.S. Probation Officer.

[✔]    The mandatory special assessment imposed by this sentence is $  10.00  , payable to the Clerk of the court.  Payments to be directed by the U.S. Probation Officer.

[ ]    No fine is imposed, due to the defendants' inability to pay.    [✔] Appeal rights waived.

[ ]    Restitution imposed by this Judgment is $ _____ , payable to:

_____
(Payee's Name)

_____
(Payee's Address)

_____
(City, State, Zip Code)

**IT IS FURTHER ORDERED that** the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid.

Original - Court; Copies to: Defendant, Defendant's counsel, Probation, U.S. Attorney, U.S. Marshal, Pretrial Service, Financial

AMENDED

DEFENDANT: DANIEL GILBERT VALENCIA

**JUDGMENT - Page 2 of 2**

CASE NO.:   1:05-MJ-00294

Social Security Number:   XXX-XX-0123

Date of Birth:   XX/XX/1968

The defendant is placed on **Limited Supervised Probation** for     12     months,  and shall abide by the following standard conditions adopted by the court:

1.   The defendant shall not commit another federal, state, or local crime, and not illegally possess a controlled substance.  Revocation of probation is mandatory for illegal possession of a controlled substance.
2.   The defendant shall report, forthwith, to the probation officer and thereafter as directed.
3.   The defendant shall answer truthfully all inquiries by the probation officer, and follow the instructions of the probation officer.
4.   The defendant shall notify the probation officer within 72 hours of any change in residence or employment, and of any arrest, citation, or contact with law enforcement officers.
5.   The defendant shall make payments on all financial obligations imposed by this judgment in installments as directed by the probation officer.

**You shall comply with the following special conditions:**

[ ] ___ months/days jail facility, pursuant to 18 U.S.C. 3563 (b)(10), to commence as directed by the probation officer.

[ ] ___ months/days Community Corrections Center, pursuant to 18 U.S.C. 3562(b)(11), as directed by the probation officer.  Pay  costs of confinement, as determined by the Bureau of Prisons.

[ ✔ ]   75  hours of unpaid community service as directed by the Probation Officer.  The defendant shall pay fees attendant to participate and placement in this program,  on a sliding scale as determined by the program.  Community service shall be completed with 12 months.

[ ✔ ] Once all terms of probation are completed, probation will be terminated..

[ ] _____

[ ] _____

_____

Mailing Address:                                                    Date of Sentencing:     November 2, 2005

_____          /s/ Sandra M. Snyder
                                                                         Signature of Judicial Officer
Residence Address:

                                                                         SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
_____          Name & Title of Judicial Officer


_____

County:          Kern County                          DATE:             11/14/2005